UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

     v.              13-CR-141 RCL

ALFREDO GASTON MENDOZA HERNANDEZ

### RESPONSE TO GOVERNMENT MOTION FOR JOINDER

Alfredo Gaston Mendoza does not oppose the Government Motion for Joinder of Defendants for Trial. Mr. Mendoza would not be available for Trial in November.

Counsel understands a Hearing has been set for September 9, 2016. Counsel is not available on that date due to prior obligations in Superior Court and the U.S. District Court in Greenbelt, MD..

Respectfully submitted,

/s/

Heather Shaner #273276
Appointed by the Court
1702 S Street N.W,
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com